BRIDGET SHEEHAN, RESPONDENT, v. EDWARD W. LEE, DIRECTOR OF REVENUE AND FINANCE, AND FREDERICK W. DONNELLY ET AL., THE POLICE AND FIRE COMMISSION OF TRENTON, N. J., APPELLANTS.

Submitted March 26, 1923—Decided April 20, 1923.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 341.

For the appellants, *Katzenbach & Hunt.*

For the respondent, *Henry M. Hartman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, ACKERSON, VAN BUSKIRK, JJ. 11.

*For reversal*—None.